**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (*pro hac vice* pending)
Matthew J. Williams (*pro hac vice* pending)
Keith R. Martorana (*pro hac vice* pending)
Robert E. Fitzgerald (*pro hac vice* pending)
Tommy Scheffer (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
sgreenberg@gibsondunn.com
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com
rfitzgerald@gibsondunn.com
tscheffer@gibsondunn.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Anthony De Leo, Esq.
Matteo Percontino, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
adeleo@coleschotz.com
mpercontino@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LIV GOLF NEW JERSEY LLC, *et al.*, | Case No. 26-20189 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF BANKRUPTCY FILING, FIRST DAY MOTIONS, AND FIRST DAY ZOOM HEARING FOR SEPTEMBER 9, 2026 AT 2:00 P.M. (ET)

**PLEASE TAKE NOTICE** that, on September 8, 2026, LIV Golf New Jersey LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, each filed a voluntary petition (collectively, the "Petitions") for relief under title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of New Jersey (the "Court").

[1] The last four digits of Debtor LIV Golf New Jersey LLC's tax identification number are 5081. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/livgolf. The location of the Debtors' service address in these chapter 11 cases is: 50 Hudson Yards, Suite 65B, New York, NY 10001.

**PLEASE TAKE FURTHER NOTICE** that in addition to filing the Petitions, on September 8, 2026, the Debtors filed the certain first day motions and applications (collectively, the "First Day Motions" and together with the Petitions, the "Pleadings").

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a hearing on the First Day Motions via Zoom on **September 9, 2026, at 2:00 p.m. (prevailing Eastern Time)** (the "First Day Hearing").

**PLEASE TAKE FURTHER NOTICE** that Parties wishing to appear at the First Day Hearing and have speaking capabilities must register with the Court by submitting an email to chambers (chambers_of_MBK@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and whom they represent/interest in these chapter 11 cases. If the request is approved, the participant will receive appropriate credentials and further instruction. Parties wishing to attend remotely and "listen-only" should consult the website maintained by Omni Agent Solutions, Inc. (identified below).

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced Pleadings may be obtained free of charge at the website maintained by the Debtors' proposed Claims and Noticing Agent, Omni Agent Solutions, Inc. at https://omniagentsolutions.com/livgolf. In addition, copies of the documents can also be downloaded for a fee from the Court's website, www.njb.uscourts.gov. To access documents on the Court's website, you will need a PACER password and login which can be obtained at www.pacer.psc.uscourts.gov.

Dated: September 9, 2026

*/s/ Michael D. Sirota*___________________
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Anthony De Leo, Esq.
Matteo Percontino, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
adeleo@coleschotz.com
mpercontino@coleschotz.com

- and -

**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (*pro hac vice* pending)
Matthew J. Williams (*pro hac vice* pending)
Keith R. Martorana (*pro hac vice* pending)
Robert E. Fitzgerald (*pro hac vice* pending)
Tommy Scheffer (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
sgreenberg@gibsondunn.com
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com
rfitzgerald@gibsondunn.com
tscheffer@gibsondunn.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*