**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (*pro hac vice* pending)
Matthew J. Williams (*pro hac vice* pending)
Keith R. Martorana (*pro hac vice* pending)
Robert E. Fitzgerald (*pro hac vice* pending)
Tommy Scheffer (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
sgreenberg@gibsondunn.com
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com
rfitzgerald@gibsondunn.com
tscheffer@gibsondunn.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Anthony De Leo, Esq.
Matteo Percontino, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
adeleo@coleschotz.com
mpercontino@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LIV GOLF NEW JERSEY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-20189 (MBK)<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON SEPTEMBER 9, 2026 AT 2:00 P.M. (ET)**

To: All Parties Receiving Electronic Notification of Filing via the Court's CM/ECF System

## I. MATTERS GOING FORWARD

1. Debtors' Application for Designation as a Chapter 11 Complex Case [Docket No. 3]

Related Documents

[1] The last four digits of Debtor LIV Golf New Jersey LLC's tax identification number are 5081. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/livgolf. The location of the Debtors' service address in these chapter 11 cases is: 50 Hudson Yards, Suite 65B, New York, NY 10001.

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

2. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 4]

Related Documents

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 5]

Related Documents

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance, and (C) Continue to Pay Broker Fees and (II) Granting Related Relief [Docket No. 6]

Related Documents

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

5. Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures on Certain Transfers of Claims Against the Debtors and (II) Granting Related Relief [Docket No. 7]

Related Documents

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Foreign Vendors and Lien Claimants, and (II) Granting Related Relief [Docket No. 8]

Related Documents

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 9]

Related Documents

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing (A) Payment of Prepetition Wages, Salaries and Other Compensation and (B) Continuation of Benefits Programs, and (II) Granting Related Relief [Docket No. 11]

Related Documents

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

9. Debtors' Application for Entry of an Order (I) Authorizing the Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective as of Petition Date and (II) Granting Related Relief [Docket No. 13]

Related Documents

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Declaration of David Orlofsky in Support of the Debtors' Application for Entry of an Order (I) Authorizing the Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 13]

C. Declaration of Paul H. Deutch in Support of the Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 13]

D. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

10. Debtors' Motion Seeking Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 14]

<u>Related Documents</u>

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact Certain Personally Identifiable Information of Individuals, and (D) Serve Certain Parties in Interest by Email and (II) Granting Related Relief [Docket No. 19]

<u>Related Documents</u>

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Honor Prepetition Obligations Related Thereto, (B) Maintain Existing Bank Accounts, (C) Perform Intercompany Transactions in the Ordinary Course, and (D) Maintain Existing Business Forms; and (II) Granting Related Relief [Docket No. 20]

<u>Related Documents</u>

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

**Status:** This matter is going forward with permission of the Court.

13. Debtors' Motion for Entry of an Order (I) Appointing and Authorizing a Foreign Representative to Act for the Debtors in a Foreign Proceeding, (II) Authorizing the Payment of Costs Related to Foreign Proceedings, and (III) Granting Related Relief [Docket No. 21]

<u>Related Documents</u>

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

C. Exhibit C to Debtors' Motion for Entry of Interim and Final Orders (I) Appointing and Authorizing a Foreign Representative to Act for the Debtors in a Foreign Proceeding, (II) Authorizing the Payment of Costs Related to Foreign Proceedings, and (III) Granting Related Relief [Docket No. 36]

**Status:** This matter is going forward with permission of the Court.

14. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Use Cash Collateral, (II) Obtain Senior Secured Superpriority Postpetition Financing and Granting Senior Liens and Superpriority Administrative Claims, and (III) Provide Adequate Protection, (B) Scheduling Final Hearing, and (C) Granting Related Relief [Docket No. 22]

<u>Related Documents</u>

A. Declaration of David Orlofsky, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 24]

B. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 28]

C. Declaration of Bradley A. Robins in Support of Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Use Cash Collateral, (II) Obtain Senior Secured Superpriority Postpetition Financing and Granting Senior Liens and Superpriority Administrative Claims, and (III) Provide Adequate Protection, (B) Scheduling Final Hearing, and (C) Granting Related Relief [Docket No. 23]

**Status:** This matter is going forward with permission of the Court.

*[Remainder of Page Intentionally Left Blank.]*

Dated: September 9, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Anthony De Leo, Esq.
Matteo Percontino, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
adeleo@coleschotz.com
mpercontino@coleschotz.com

- and -

**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (*pro hac vice* pending)
Matthew J. Williams (*pro hac vice* pending)
Keith R. Martorana (*pro hac vice* pending)
Robert E. Fitzgerald (*pro hac vice* pending)
Tommy Scheffer (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
sgreenberg@gibsondunn.com
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com
rfitzgerald@gibsondunn.com
tscheffer@gibsondunn.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*