UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Andrew R. Vara, U.S. Trustee, Regions 3 & 9
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Phone: (973) 645-2379
Email: Jeffrey.M.Sponder@usdoj.gov

In Re:

LIV Golf New Jersey LLC,

Debtor.

Case No.: 26-20189

Chapter: 11

Judge: Kaplan

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the United States Trustee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: ATTN: Jeffrey M. Sponder, Esq.
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 9/9/2026

/s/ Jeffrey M. Sponder
Signature