UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WHITE & CASE LLP**
Scott Greissman, Esq. (*pro hac vice* forthcoming)
Kimberly A. Havlin, Esq. (*pro hac vice* forthcoming)
Gregory F. Pesce, Esq. (*pro hac vice* forthcoming)
Elizabeth Feld, Esq. (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020-1095
Tel. (212) 819-8200
Fax (212) 354-8113
Email: sgreissman@whitecase.com
kim.havlin@whitecase.com
gregory.pesce@whitecase.com
efeld@whitecase.com

-and-

Andrea Kropp, Esq. (*pro hac vice* forthcoming)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
Tel. (305) 371-2700
Fax (305) 358-5744
Email: andrea.kropp@whitecase.com

*Counsel to The Public Investment Fund of the Kingdom of Saudi Arabia*

**PRYOR CASHMAN LLP**
Seth H. Lieberman, Esq.
Andrew S. Richmond, Esq.
7 Times Square
New York, NY 10036-6569
Tel. (212) 421-4100
Fax (212) 326-0806
Email: slieberman@pryorcashman.com
arichmond@pryorcashman.com

| | |
|---|---|
| In re:<br><br>LIV GOLF NEW JERSEY LLC, *et al.*,<br><br>Debtors. [1] | Case No. 26-20189 (MBK)<br><br>Chapter 11<br><br>Hon. Michael B. Kaplan<br><br>(Joint Administration Requested) |

## CERTIFICATION OF SERVICE

1. I, **CHARRON FRENCH**, am the Paralegal for Pryor Cashman LLP, who represents The Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") solely in its capacity as equity holder of, prepetition lender to, and proposed postpetition lender to the Debtors in this matter.

[1] The last four digits of Debtor LIV Golf New Jersey LLC's tax identification number are 5081. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/livgolf. The location of the Debtors' service address in these chapter 11 cases is: 50 Hudson Yards, Suite 65B, New York, NY 10001.

2. On September 9, 2026, I caused the following pleadings and/or documents to be served on the Parties listed in the chart below:

- Notice of Appearance (Doc. 10);
- Application for *Pro Hac Vice* Admission of Scott Greissman, Esq. (Doc. 12);
- Application for *Pro Hac Vice* Admission of Kimberly A. Havlin, Esq. (Doc. 15);
- Application for *Pro Hac Vice* Admission of Gregory F. Pesce, Esq. (Doc. 16);
- Application for *Pro Hac Vice* Admission of Elizabeth Feld, Esq. (Doc. 17); and
- Application for *Pro Hac Vice* Admission of Andrea Kropp, Esq. (Doc. 18).

3. All parties who have requested electronic notification of filings via the Bankruptcy Court CM/ECF system were sent the above-referenced documents via electronic notice on September 8, 2026.

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 9, 2026

*/s/ Charron French*
Charron French

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota<br>Warren A. Usatine<br>Seth Van Aalten (*pro hac vice* pending)<br>Anthony De Leo<br>Matteo Percontino<br>**Cole Schotz, P.C.**<br>Court Plaza North, 25 Main St.<br>Hackensack, N.J. 07601 | *Counsel for the Debtors and Debtors in Possession* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other – **VIA CM/ECF**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott J. Greenberg (*pro hac vice* pending)<br>Matthew J. Williams (*pro hac vice* pending)<br>Keith R. Martorana (*pro hac vice* pending)<br>Robert E. Fitzgerald (*pro hac vice* pending)<br>Tommy Scheffer (*pro hac vice* pending)<br>Ryan Beil (*pro hac vice* pending)<br>**Gibson, Dunn & Crutcher LLP**<br>200 Park Avenue<br>New York, N.Y. 10166 | *Counsel for the Debtors & Debtors in Possession* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other– **VIA CM/ECF**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder, Esq.<br>United States Department of Justice<br>**Office of the United States Trustee**<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102<br>Email: Jeffrey.M.Sponder@usdoj.gov | *Counsel to the U.S. Trustee* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other– **VIA EMAIL**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael S. Etkin<br>Nicole Fulfree<br>Jeffrey Cohen (*pro hac vice* pending)<br>**Lowenstein Sandler LLP**<br>One Lowenstein Dr.<br>Roseland, NJ 07068<br>Email: jcohen@lowenstein.com<br>metkin@lowenstein.com<br>nfulfree@lowenstein.com | *Counsel to BC Partners Advisors L.P.* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other – **VIA EMAIL**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ronald J. Friedman<br>Douglas Schneller<br>**RIMON P.C.**<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Email: ronald.friedman@rimonlaw.com<br>douglas.schneller@rimonlaw.com | *Counsel to BC Partners Advisors L.P.* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other – **VIA EMAIL**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James H.M. Sprayregen<br>Robert A. Britton<br>Douglas R. Keeton<br>Mitchell Mengden<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Email: jsprayregen@paulweiss.com<br>rbritton@paulweiss.com<br>dkeeton@paulweiss.com<br>mmengden@paulweiss.com | *Counsel to BC Partners Advisors L.P.* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other – **VIA EMAIL**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |