Order Filed on September 10, 2026 by Clerk U.S. Bankruptcy Court District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re:<br><br>LIV GOLF NEW JERSEY LLC,<br><br>Debtor.[1]<br><br>Tax I.D. No. 42-3915081 | Chapter 11<br><br>Case No. 26-20189 (MBK) |
| In re:<br><br>LIV GOLF INVESTMENTS LTD,<br><br>Debtor.<br><br>Tax I.D. No. 200-513-4412 | Chapter 11<br><br>Case No. 26-20193 (MBK) |
| In re:<br><br>LIV GOLF HOLDINGS LTD,<br><br>Debtor.<br><br>Tax I.D. No. 200-509-2750 | Chapter 11<br><br>Case No. 26-20194 (MBK) |

**DATED: September 10, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[1] The last four digits of Debtor LIV Golf New Jersey LLC's tax identification number are 5081. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/livgolf. The location of the Debtors' service address in these chapter 11 cases is: 50 Hudson Yards, Suite 65B, New York, NY 10001.

| | |
|---|---|
| In re:<br><br>FAIRWAY TM BLOCKER 1, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2082009 | Chapter 11<br><br>Case No. 26-20204 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 2, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2187992 | Chapter 11<br><br>Case No. 26-20205 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 3, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2188092 | Chapter 11<br><br>Case No. 26-20206 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 4, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2201354 | Chapter 11<br><br>Case No. 26-20207 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 5, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2201124 | Chapter 11<br><br>Case No. 26-20209 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 6, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2242443 | Chapter 11<br><br>Case No. 26-20210 (MBK) |

| | |
|---|---|
| In re:<br><br>FAIRWAY TM BLOCKER 7, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2242503 | Chapter 11<br><br>Case No. 26-20212 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 8, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2246336 | Chapter 11<br><br>Case No. 26-20213 (MBK) |
| In re:<br><br>FAIRWAY TM CO 8 GP, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-1919740 | Chapter 11<br><br>Case No. 26-20226 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 9, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2246449 | Chapter 11<br><br>Case No. 26-20214 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 10, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2289733 | Chapter 11<br><br>Case No. 26-20215 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 11, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2311305 | Chapter 11<br><br>Case No. 26-20216 (MBK) |

| | |
|---|---|
| In re:<br><br>FAIRWAY TM BLOCKER 12, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2347317 | Chapter 11<br><br>Case No. 26-20217 (MBK) |
| In re:<br><br>FAIRWAY TM CO 12 GP, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 41-2388551 | Chapter 11<br><br>Case No. 26-20233 (MBK) |
| In re:<br><br>FAIRWAY TM BLOCKER 13, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 99-5024428 | Chapter 11<br><br>Case No. 26-20218 (MBK) |
| In re:<br><br>FAIRWAY TM CO 1, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-1846494 | Chapter 11<br><br>Case No. 26-20219 (MBK) |
| In re:<br><br>FAIRWAY TM CO 2, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-1846592 | Chapter 11<br><br>Case No. 26-20220 (MBK) |
| In re:<br><br>FAIRWAY TM CO 3, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-1850048 | Chapter 11<br><br>Case No. 26-20221 (MBK) |

| | |
|---|---|
| In re:<br><br>FAIRWAY TM CO 4, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-1850111 | Chapter 11<br><br>Case No. 26-20222 (MBK) |
| In re:<br><br>FAIRWAY TM CO 5, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-1875144 | Chapter 11<br><br>Case No. 26-20223 (MBK) |
| In re:<br><br>FAIRWAY TM CO 6, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-1875271 | Chapter 11<br><br>Case No. 26-20224 (MBK) |
| In re:<br><br>FAIRWAY TM CO 7, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-1919904 | Chapter 11<br><br>Case No. 26-20225 (MBK) |
| In re:<br><br>FAIRWAY TM CO 8, LP,<br><br>Debtor.<br><br>Tax I.D. No. 92-1942182 | Chapter 11<br><br>Case No. 26-20228 (MBK) |
| In re:<br><br>FAIRWAY TM CO 9, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-1942379 | Chapter 11<br><br>Case No. 26-20229 (MBK) |

| | |
|---|---|
| In re:<br><br>FAIRWAY TM CO 10, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2051518 | Chapter 11<br><br>Case No. 26-20230 (MBK) |
| In re:<br><br>FAIRWAY TM CO 11, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2051702 | Chapter 11<br><br>Case No. 26-20231 (MBK) |
| In re:<br><br>FAIRWAY TM CO 12, LP,<br><br>Debtor.<br><br>Tax I.D. No. 92-2081776 | Chapter 11<br><br>Case No. 26-20234 (MBK) |
| In re:<br><br>FAIRWAY TM CO 13, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 99-0895453 | Chapter 11<br><br>Case No. 26-20235 (MBK) |
| In re:<br><br>LIV GOLF INCORPORATED,<br><br>Debtor.<br><br>Tax I.D. No. 87-2267512 | Chapter 11<br><br>Case No. 26-20190 (MBK) |
| In re:<br><br>LIV GOLF US MEDIA, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 99-4204598 | Chapter 11<br><br>Case No. 26-20201 (MBK) |

| | |
|---|---|
| In re:<br><br>WEDGE IP MANAGEMENT CO, LIMITED,<br><br>Debtor.<br><br>Tax I.D. No. 94483 18236 | Chapter 11<br><br>Case No. 26-20200 (MBK) |
| In re:<br><br>WEDGE IP MANAGEMENT CO, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 87-4434506 | Chapter 11<br><br>Case No. 26-20199 (MBK) |
| In re:<br><br>LIV GOLF LTD,<br><br>Debtor.<br><br>Tax I.D. No. 35010 20476 | Chapter 11<br><br>Case No. 26-20197 (MBK) |
| In re:<br><br>LIV GOLF EVENTS (ISE) LTD,<br><br>Debtor.<br><br>Tax I.D. No. 29148 21052 | Chapter 11<br><br>Case No. 26-20202 (MBK) |
| In re:<br><br>LIV GOLF EVENTS LIMITED,<br><br>Debtor.<br><br>Tax I.D. No. 71921 07317 | Chapter 11<br><br>Case No. 26-20203 (MBK) |
| In re:<br><br>WEDGE EVENT 1 CO,<br><br>Debtor.<br><br>Tax I.D. No. 87-4774357 | Chapter 11<br><br>Case No. 26-20252 (MBK) |

| | |
|---|---|
| In re:<br><br>WEDGE EVENT 2 CO,<br><br>Debtor.<br><br>Tax I.D. No. 87-4799466 | Chapter 11<br><br>Case No. 26-20253 (MBK) |
| In re:<br><br>WEDGE EVENT 3 CO,<br><br>Debtor.<br><br>Tax I.D. No. 87-4828221 | Chapter 11<br><br>Case No. 26-20254 (MBK) |
| In re:<br><br>WEDGE EVENT 4 CO,<br><br>Debtor.<br><br>Tax I.D. No. 88-0543452 | Chapter 11<br><br>Case No. 26-20255 (MBK) |
| In re:<br><br>WEDGE WPB INC.,<br><br>Debtor.<br><br>Tax I.D. No. 87-4684139 | Chapter 11<br><br>Case No. 26-20257 (MBK) |
| In re:<br><br>WEDGE EVENT 7 CO,<br><br>Debtor.<br><br>Tax I.D. No. 88-1722812 | Chapter 11<br><br>Case No. 26-20256 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 1, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2347423 | Chapter 11<br><br>Case No. 26-20237 (MBK) |

| | |
|---|---|
| In re:<br><br>FAIRWAY TM INTERMEDIATE 2, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2371294 | Chapter 11<br><br>Case No. 26-20239 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 3, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2371183 | Chapter 11<br><br>Case No. 26-20240 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 4, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2474808 | Chapter 11<br><br>Case No. 26-20241 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 5, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2474870 | Chapter 11<br><br>Case No. 26-20242 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 6, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2482751 | Chapter 11<br><br>Case No. 26-20243 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 7, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2482891 | Chapter 11<br><br>Case No. 26-20245 (MBK) |

| | |
|---|---|
| In re:<br><br>FAIRWAY TM INTERMEDIATE 8, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2517204 | Chapter 11<br><br>Case No. 26-20246 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 9, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2517339 | Chapter 11<br><br>Case No. 26-20247 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 10, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2649722 | Chapter 11<br><br>Case No. 26-20248 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 11, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2628892 | Chapter 11<br><br>Case No. 26-20249 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 12, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 92-2628552 | Chapter 11<br><br>Case No. 26-20250 (MBK) |
| In re:<br><br>FAIRWAY TM INTERMEDIATE 13, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 99-5010231 | Chapter 11<br><br>Case No. 26-20251 (MBK) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF**
**CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered thirteen (13) through sixteen (16), is **ORDERED**.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (*pro hac vice* pending)
Matthew J. Williams (*pro hac vice* pending)
Keith R. Martorana (*pro hac vice* pending)
Robert E. Fitzgerald (*pro hac vice* pending)
Tommy Scheffer (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
sgreenberg@gibsondunn.com
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com
rfitzgerald@gibsondunn.com
tscheffer@gibsondunn.com

- and -

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Anthony De Leo, Esq.
Matteo Percontino, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
adeleo@coleschotz.com
mpercontino@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

Upon the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* (the "Motion"),[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to direct the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2. Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The above-captioned cases are hereby jointly administered by this Court for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015.

4. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of New Jersey shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

6. All pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown in **<u>Exhibit 1</u>** attached hereto.

7. The caption shown in **<u>Exhibit 1</u>** attached hereto satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

8. All lists, schedules, and statements shall be filed and docketed in the specific Debtor's case to which they are applicable.

9. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

10. If pleadings, papers, or documents have been filed in any of the above-captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been

heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading, paper or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

11. The Clerk shall file a copy of this Order in the Lead Case and each of the affiliated Debtor cases. A docket entry shall be made in each of the above-captioned chapter 11 cases, except the Lead Case, substantially as follows:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of LIV Golf New Jersey LLC and its affiliated debtors. All further pleadings and papers shall be filed in, and all further docket entries shall be made in, the docket of LIV Golf New Jersey LLC, Case No. 26-20189 (MBK), and that docket should be consulted for all matters affecting these chapter 11 cases.

12. The Debtors shall file individual monthly operating reports for each Debtor and such reports shall be docketed in the Lead Case.

13. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

14. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order shall be effective and enforceable immediately upon entry.

15. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

16. The Debtors shall serve a copy of this Order and the Motion on all parties required to receive such service pursuant to Local Rule 9013-5(f) within forty-eight (48) hours after entry of this Order.

17. Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

18. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**<u>Exhibit 1</u>**

**Case Caption**

**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (*pro hac vice* pending)
Matthew J. Williams (*pro hac vice* pending)
Keith R. Martorana (*pro hac vice* pending)
Robert E. Fitzgerald (*pro hac vice* pending)
Tommy Scheffer (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
sgreenberg@gibsondunn.com
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com
rfitzgerald@gibsondunn.com
tscheffer@gibsondunn.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Anthony De Leo, Esq.
Matteo Percontino, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
svanaalten@coleschotz.com
adeleo@coleschotz.com
mpercontino@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>LIV GOLF NEW JERSEY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-20189 (MBK)<br><br>(Jointly Administered) |

[1] The last four digits of Debtor LIV Golf New Jersey LLC's tax identification number are 5081. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/livgolf. The location of the Debtors' service address in these chapter 11 cases is: 50 Hudson Yards, Suite 65B, New York, NY 10001.