**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**

**KOBRE & KIM LLP**
Zachary D. Rosenbaum
Daniel J. Saval (*pro hac vice* forthcoming)
Jeremy O. Bressman (*pro hac vice* forthcoming)
Kelly J. Spatola
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220
Email: Zachary.Rosenbaum@kobrekim.com
Email: Daniel.Saval@kobrekim.com
Email: Jeremy.Bressman@kobrekim.com
Email: Kelly.Spatola@kobrekim.com

*Proposed Special Counsel to the Strategic Initiatives Committee of Debtor LIV Golf Holdings Ltd.*

| | |
|---|---|
| In re:<br><br>LIV Golf New Jersey LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-20189<br><br>Jointly Administered |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as proposed counsel to the Strategic Initiatives Committee of Debtor LIV Golf Holdings Ltd. (the "<u>SIC</u>") in the above-captioned chapter 11 case pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "<u>Local Rules</u>"), and

[1] The last four digits of Debtor LIV Golf New Jersey LLC's tax identification number are 5081. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/livgolf. The location of the Debtors' service address in these chapter 11 cases is: 50 Hudson Yards, Suite 65B, New York, NY 10001.

Sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and hereby request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

**KOBRE & KIM LLP**
Zachary D. Rosenbaum
Daniel J. Saval
Jeremy O. Bressman
Kelly J. Spatola
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220
Email: Zachary.Rosenbaum@kobrekim.com
Email: Daniel.Saval@kobrekim.com
Email: Jeremy.Bressman@kobrekim.com
Email: Kelly.Spatola@kobrekim.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand delivery, telephone, facsimile transmission or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance (the "Notice"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 15, 2026

Respectfully submitted,

**KOBRE & KIM LLP**

*/s/ Zachary D. Rosenbaum*
Zachary D. Rosenbaum
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220
Email: Zachary.Rosenbaum@kobrekim.com

*Proposed Special Counsel to the Strategic Initiatives Committee of Debtor LIV Golf Holdings Ltd.*