**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| LIV GOLF NEW JERSEY LLC, *et al.*, | Case No. 26-20189 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 16, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of the Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business [Docket No. 106]**

- **Notice of Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 107]**

- **Notice of Debtors' Motion for Entry of an Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court [Docket No. 108]**

- **Notice of the Debtors' Motion for Entry of an Order (I) Authorizing and Establishing Procedures for the De Minimis Asset Transactions; (II) Authorizing and Establishing Procedures for De Minimis Asset Abandonment; (III) Approving the Form and Manner of the Notice of De Minimis Asset Transactions and Abandonment; and (IV) Granting Related Relief [Docket No. 109]**

- **Notice of Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) (A) Retain AP Services, LLC and (B) Designate David Orlofsky as Chief Restructuring Officer Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 110]**

[1] The last four digits of Debtor LIV Golf New Jersey LLC's tax identification number are 5081. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/livgolf. The location of the Debtors' service address in these chapter 11 cases is: 50 Hudson Yards, Suite 65B, New York, NY 10001.

Dated: September 25, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

ASHLEY PACAJOJ
Notary Public - California
Los Angeles County
Commission # 2529269
My Comm. Expires Aug 7, 2029

**EXHIBIT A**

**Exhibit A**

**Master Service List**

| Creditor | Address | Email | Method of Service |
|---|---|---|---|
| 89 Blocks Holding LLC (dba EverWonder Studio) | Kevin McDonald<br>dba Everwonder Studio<br>460 Park Ave S<br>New York, NY 10016 | kevin.mcdonald@everwonder.studio | Email |
| Abraham Ancer; Abraham Ancer Golf, LLC | Address Redacted | Email Redacted | Email |
| Adrian Meronk | Address Redacted | Email Redacted | Email |
| Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| Asian Tour Ltd | Ng Chwwe Huey<br>5 Bukit Manis Rd<br>Singapore, 099893<br>Singapore | ch.ng@asiantour.com | Email |
| BMG Rights Management GmbH 2025 | Charlottenstrasse 59<br>Berlin 10117 | | First Class Mail |
| Brooks Koepka; Brooks Koepka Golf, LLC | Address Redacted | Email Redacted | Email |
| Bryson DeChambeau; BAD Enterprises, Inc. | Address Redacted | Email Redacted | Email |
| Byeong Hun (Ben) An; BENA Golf, Inc. | Address Redacted | Email Redacted | Email |
| Caleb Surratt | Address Redacted | Email Redacted | Email |
| Cameron Smith; Golf Dude Enterprises, LLC | Address Redacted | Email Redacted | Email |
| Cole Schotz P.C. | Attn: Warren A. Usatine, Esq.<br>Court Plaza North, 25 Main St<br>Hackensack, NJ 07601 | wusatine@coleschotz.com | Email |
| Cole Schotz P.C. | Attn: Seth Van Aalten, Esq.<br>Court Plaza North, 25 Main St<br>Hackensack, NJ 07601 | svanaalten@coleschotz.com | Email |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Esq.<br>Court Plaza North, 25 Main St<br>Hackensack, NJ 07601 | msirota@coleschotz.com | Email |
| Cole Schotz P.C. | Attn: Matteo Percontino, Esq.<br>Court Plaza North, 25 Main St<br>Hackensack, NJ 07601 | mpercontino@coleschotz.com | Email |
| Cole Schotz P.C. | Attn: Anthony De Leo, Esq.<br>Court Plaza North, 25 Main St<br>Hackensack, NJ 07601 | adeleo@coleschotz.com | Email |
| Concord Music Group, Inc | 10 Lea Ave, Ste 300<br>Nashville, TN 37210 | | First Class Mail |
| Dustin Johnson; Dustin Johnson Enterprises, Inc. | Address Redacted | Email Redacted | Email |
| Fantasy Interactive, Inc. | Larry Barlow<br>30 Broad St, 34th Fl<br>New York, NY 10004 | finance@fantasy.co | Email |
| Fresh Tape Media LLC | Charles Lian<br>747 Kalamath St<br>Denver, CO 80204 | accounting@freshtapemedia.com | Email |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Jennifer L Rodburg/Jason S Kanterman<br>Attn: Thomas Michael Dunn<br>1 New York Plz<br>New York, NY 10004 | Jennifer.Rodburg@friedfrank.com;<br>Jason.Kanterman@friedfrank.com;<br>Thomas.Dunn@friedfrank.com | Email |
| Gerry L Watson | Address Redacted | Email Redacted | Email |
| Gibson Dunn & Crutcher LLP | Attn: Keith R. Martorana<br>200 Park Avenue<br>New York, NY 10166 | tscheffer@gibsondunn.com | Email |
| Gibson Dunn & Crutcher LLP | Attn: Scott J. Greenberg<br>200 Park Avenue<br>New York, NY 10166 | sgreenberg@gibsondunn.com | Email |
| Gibson Dunn & Crutcher LLP | Attn: Robert E. Fitzgerald<br>200 Park Avenue<br>New York, NY 10166 | rfitzgerald@gibsondunn.com | Email |
| Gibson Dunn & Crutcher LLP | Attn: Matthew J. Williams<br>200 Park Avenue<br>New York, NY 10166 | mjwilliams@gibsondunn.com | Email |
| Gibson Dunn & Crutcher LLP | Attn: Keith R. Martorana<br>200 Park Avenue<br>New York, NY 10166 | kmartorana@gibsondunn.com | Email |
| GSE Worldwide | Michael Creasy<br>276 5th Ave, Ste 711<br>New York, NY 10001 | mcreasy@gseworldwide.com | Email |
| Havoc Live LLC | Scott Jones<br>1928 Locust St<br>St Louis, MO 63103 | sjones@160over90.com | Email |

## Exhibit A

**Master Service List**

| Creditor | Address | Email | Method of Service |
|---|---|---|---|
| IMG Media LTD; IMG Singapore PTE Ltd; IMG Media Korea, LLC | Keerthy Dileepkumar<br>Chiswick Park, Bldg 6<br>London, W4 5HR<br>United Kingdom | MediaAR@img.com | Email |
| Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19101-5016 | | First Class Mail |
| Joaquin Niemann; Joaquin Niemann, LLC | Address Redacted | Email Redacted | Email |
| Jon Rahm, Rahm; LLC | Address Redacted | Email Redacted | Email |
| Kobalt Music Publishing America, Inc. | Address Redacted | Keith.Hauprich@BMG.com | Email |
| Kobre & Kim LLP | Attn: Zachary D Rosenbaum/Daniel J Saval<br>Attn: Jeremy O Bressman/Kelly J Spatola<br>800 3rd Ave<br>New York, NY 10022 | Zachary.Rosenbaum@kobrekim.com;<br>Daniel.Saval@kobrekim.com;<br>Jeremy.Bressman@kobrekim.com;<br>Kelly.Spatola@kobrekim.com | Email |
| Lowenstein Sandler LLP | Attn: Jeffrey Cohen/Michael S Etkin<br>Attn: Nicole Fulfree<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | jcohen@lowenstein.com;<br>metkin@lowenstein.com;<br>nfulfree@lowenstein.com | Email |
| Lucas Herbert | Address Redacted | Email Redacted | Email |
| Mdlbeast Co | Abdulrahman Alkalali<br>2311, Dahrat Al Awdah E 17<br>Jax District, Al-Diriyah<br>Riyadh, 11693 | Abdulrahman.Alkalali@mdlbeast.com | Email |
| Ming Entertainment Group | Mark Kwok<br>2082 Business Ctr Dr<br>Irvine, CA 92612 | Accounting@mingentertainment.com | Email |
| Office of the AG of New Jersey | RJ Hughes Justice Complex<br>25 Market St, Box 080<br>Trenton, NJ 08625-0080 | | First Class Mail |
| Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Office of the Attorney General | Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Office of the Attorney General | Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Office of the Attorney General | William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Office of the Attorney General | Dan Rayfield<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Office of the Attorney General | Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Office of the Attorney General | Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Office of the Attorney General | Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Office of the Attorney General | Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |

# Exhibit A

**Master Service List**

| Creditor | Address | Email | Method of Service |
|---|---|---|---|
| Office of the Attorney General | Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd, Ste 10-200<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Office of the Attorney General | Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Office of the Attorney General | 1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | First Class Mail |
| Office of the Attorney General | 120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Office of the Attorney General | 1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Office of the Attorney General | 313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Office of the Attorney General | 40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Office of the Attorney General | 425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Office of the Attorney General | Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Office of the Attorney General | Attn: Liz Murrill<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Office of the Attorney General | Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Office of the Attorney General | Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Office of the Attorney General | Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | | First Class Mail |
| Office of the Attorney General | P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Office of the Attorney General | P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Office of the Attorney General | Derek Brown<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email |
| Office of the Attorney General | P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Office of the Attorney General | Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Office of the Attorney General | Rembert C Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Office of the Attorney General | Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Office of the Attorney General | State Capitol Complex, Bldg 1<br>1900 Kanawha Blvd E, Rm E-26<br>Charleston, WV 25305 | | First Class Mail |
| Office of the Attorney General | Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Office of the Attorney General | The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |

# Exhibit A

## Master Service List

| Creditor | Address | Email | Method of Service |
|---|---|---|---|
| Office of the United States Trustee | Attn: Jeffrey M Sponder/Rachel Wolfe<br>1 Newark Ctr, Ste 2100<br>Newark, NJ 07102 | Jeffrey.M.Sponder@usdoj.gov;<br>Rachel.Wolf@usdoj.gov | Email |
| Office of the US Trustee for the District of NJ | Attn: Jeffrey M Sponder/Rachel Wolfe<br>1 Newark Ctr, Ste 2100<br>Newark, NJ 07102 | jeffrey.m.sponder@usdoj.gov;<br>Rachel.Wolf@usdoj.gov | Email |
| Outlyr, LLC | James Clark<br>3 Greenwich Office Park<br>Greenwich, CT 06831 | accounting@outlyr.com | Email |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Robert A Britton/Mitchell Mengden<br>Attn: James Sprayregen/Douglas R Keeton<br>1285 Ave of the Americas<br>New York, NY 10019-6064 | rbritton@paulweiss.com;<br>mmengden@paulweiss.com;<br>jsprayregen@paulweiss.com;<br>dkeeton@paulweiss.com | Email |
| Pryor Cashman LLP | Attn: Seth H. Lieberman/Andrew S Richmond<br>7 Times Sq<br>New York, NY 10036- 6569 | slieberman@pryorcashman.com;<br>arichmond@pryorcashman.com | Email |
| Reed Smith LLP | Attn: Jason D Angelo<br>506 Carnegie Ctr, Ste 300<br>Princeton, NJ 08540 | jangelo@reedsmith.com | Email |
| Reed Smith LLP | Attn: Keith M Aurzada/Michael P Cooley<br>2850 N Harwood St, Ste 1500<br>Dallas, TX 75201 | kaurzada@reedsmith.com;<br>mpcooley@reedsmith.com | Email |
| Reed Smith LLP | Attn: Cameron A Capp<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | ccapp@reedsmith.com | Email |
| Rick Shiels Media Limited | Ross Livingston<br>22 Worple Rd<br>London, SW19 4DD<br>United Kingdom | accounts@rickshiels.com | Email |
| Rimon P.C. | Attn: Ronald J Friedman/Douglas Schneller<br>100 Jericho Quadrangle, Ste 300<br>Jericho, New York 11753 | ronald.friedman@rimonlaw.com;<br>douglas.schneller@rimonlaw.com | Email |
| State of Louisiana | Chris Stelly<br>c/o Louisiana Economic Development<br>100 North St<br>Baton Rouge, LA 70802 | chris.stelly@la.gov | Email |
| Stonehill Estate Co. | Contact Available Upon Request | davinder.singh@davindersinghchambers.com | Email |
| Thomas McKibbin | Address Redacted | Email Redacted | Email |
| Tyrrell Hatton; Tyrrell Hatton Golf Limited | Address Redacted | Email Redacted | Email |
| U.S. Attorney for the District Of New Jersey | 970 Broad St, 7th Fl<br>Newark, NJ 07102 | | First Class Mail |
| United Nations High Commissioner For Refugees | Taleb Salhab<br>Diplomatic Quarter<br>Riyadh, 11693<br>Saudi Arabia | salhabt@unhcr.org | Email |
| White & Case LLP | Attn: Scott Greissman/Kim Havilin<br>Attn: Elizabeth Feld/Andrea Kropp<br>1221 Avenue of the Americas<br>New York, NY 10020-1095 | sgreissman@whitecase.com;<br>kim.havlin@whitecase.com;<br>efeld@whitecase.com;<br>andrea.kropp@whitecase.com | Email |
| White & Case LLP | Attn: Gregory Pesce<br>300 N LaSalle Dr<br>Chicago, IL 60654 | gregory.pesce@whitecase.com | Email |
| White & Case LLP | Attn: Scott Greissman/Kimberly A Havlin<br>Attn: Gregory F Pesce/Elizabeth Feld<br>1221 Ave of the Americas<br>New York, NY 10020-1095 | sgreissman@whitecase.com;<br>kim.havlin@whitecase.com;<br>gregory.pesce@whitecase.com;<br>efeld@whitecase.com | Email |
| White & Case LLP | Attn: Andrea Kropp<br>200 S Biscayne Blvd, Ste 4900<br>Miami, FL 33131-2352 | andrea.kropp@whitecase.com | Email |
| Wollmuth Maher & Deutsch LLP | Attn: Paul R DeFilippo<br>500 5th Ave<br>New York, NY 10110 | pdefilippo@wmd-law.com | Email |
| World Golf Group Limited and Premier Golf League | Contact Available Upon Request | George.Maling@enyolaw.com;<br>Enyo_PGL@enyolaw.com | Email |