Order Filed on October 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Timothy Q. Karcher (#028351998)
BAKER & McKENZIE LLP
452 Fifth Avenue
New York, New York 10018
Telephone: (212) 626-4292
Email: timothy.karcher@bakermckenzie.com

Counsel for Even Par LLC and Sergio Garcia

In Re:

LIV GOLF NEW JERSEY LLC, et al.,

Debtors.

Case No.: 26-20189 (MBK)

Adv. No.: ____________

Chapter: 11

Judge: Michael B. Kaplan

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: October 13, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Mark D. Bloom, Esq. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev.03/01/2024*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-20189-MBK

LIV Golf New Jersey LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 6

Date Rcvd: Oct 28, 2026 Form ID: pdf903 Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | LIV Golf New Jersey LLC, 820 Bear Tavern Road, West Trenton, NJ 08628-1021 |
| aty | + | Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-4700 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew J. Kelly | on behalf of Creditor Twenty-First Group LTD. akelly@kbtlaw.com, wsheridan@kbtlaw.com;nnorcia@kbtlaw.com |
| Andrew S. Richmond | on behalf of Creditor The Public Investment Fund of the Kingdom of Saudi Arabia arichmond@pryorcashman.com bankruptcydocketing@pryorcashman.com |
| Arthur M Owens | on behalf of Creditor Mobii Systems Group Limited aowens@clarkguldin.com dallen@clarkguldin.com |
| Douglas Schneller | on behalf of Interested Party BC Partners Advisors L.P. douglas.schneller@rimonlaw.com |
| Eric Horn | on behalf of Creditor The Kooyonga Golf Club Incorporated ehorn@aystrauss.com mtjohnston@aystrauss.com |

Eric Lopez Schnabel
on behalf of Creditor 222 Lakeview LLC schnabel.eric@dorsey.com

Gerard S Catalanello
on behalf of Creditor Van Wagner Productions LLC Gerard.Catalanello@alston.com, Enrique.Chaljub@alston.com;james.vincequerra@alston.com;Kimberly.Schiffman@alston.com

Jason D. Angelo
on behalf of Creditor Cameron Smith JAngelo@reedsmith.com jason-angelo-3987@ecf.pacerpro.com

Jason D. Angelo
on behalf of Creditor Marc Leishman JAngelo@reedsmith.com jason-angelo-3987@ecf.pacerpro.com

Jason D. Angelo
on behalf of Creditor An Byeong-hun JAngelo@reedsmith.com jason-angelo-3987@ecf.pacerpro.com

Jason D. Angelo
on behalf of Creditor Cameron Tringale JAngelo@reedsmith.com jason-angelo-3987@ecf.pacerpro.com

Jason D. Angelo
on behalf of Creditor Matthew Wolff JAngelo@reedsmith.com jason-angelo-3987@ecf.pacerpro.com

Jason Scott Kanterman
on behalf of Creditor 50 HYMC Owner LLC jason.kanterman@friedfrank.com managingattorneysdepartment@friedfrank.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Josef W. Mintz
on behalf of Interested Party Blank Rome LLP mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com

Joseph J. DiPasquale
on behalf of Creditor Committee Official Committee Of Unsecured Creditors jdipasquale@foxrothschild.com aedwards@foxrothschild.com;msteen@foxrothschild.com

Kelly Spatola
on behalf of Interested Party Strategic Initiatives Committee of Debtor LIV Golf Holdings Ltd. kelly.spatola@kobrekim.com

Lauren M. Macksoud
on behalf of Creditor Jon Rahm Rodriguez and Rahm LLC lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com

Matteo Percontino
on behalf of Debtor LIV Golf New Jersey LLC mpercontino@coleschotz.com svc_courtalert@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wedge Event 2 Co msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wedge Event 1 Co msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wedge Event 4 Co msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 3 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 3 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 6 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 4 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 5 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 13 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 12 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 7 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor LIV Golf Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 13 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 1 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 4 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wedge Event 3 Co msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor LIV Golf Investments Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor LIV Golf US Media LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wedge WPB Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 9 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 5 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 13 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 7 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 8 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 8 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch

otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 2 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 8 GP LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 1 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 5 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 10 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wedge Event 7 Co msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 2 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 1 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wedge IP Management Co Limited msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 7 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 6 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor LIV Golf Holdings Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 6 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor LIV Golf New Jersey LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 2 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 11 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Fairway TM Intermediate 9 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 4 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor LIV Golf Events Ltd msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 11 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 10 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 9 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Intermediate 11 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 8 LP msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 10 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 12 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 12 GP LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Co 12 LP msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor LIV Golf Incorporated msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Fairway TM Blocker 3 LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor LIV Golf Events (ISE) Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wedge IP Management Co LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Mitchell Malzberg
on behalf of Creditor Harold Varner III mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

Morris S. Bauer

| | |
|---|---|
| | on behalf of Interested Party BC Partners Advisors L.P. MSBauer@duanemorris.com tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com |
| Paul R. DeFilippo | on behalf of Interested Party Bryson DeChambeau pdefilippo@wmd-law.com |
| Paul R. DeFilippo | on behalf of Interested Party BAD Enterprises pdefilippo@wmd-law.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Ronald J. Friedman | on behalf of Interested Party BC Partners Advisors L.P. ronald.friedman@rimonlaw.com docketing@rimonlaw.com |
| Seth H. Lieberman | on behalf of Creditor The Public Investment Fund of the Kingdom of Saudi Arabia slieberman@pryorcashman.com bankruptcydocketing@pryorcashman.com |
| Tereza Horakova | on behalf of Creditor Stinger Tees Inc. thorakova@b2b.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Zachary D. Rosenbaum | on behalf of Interested Party Strategic Initiatives Committee of Debtor LIV Golf Holdings Ltd. zachary.rosenbaum@kobrekim.com |

TOTAL: 86